| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA | |
| Case number *(if known)* | Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy        06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Southern Auto Parts, Inc.

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names  
FKA  Trenton Auto Parts, Inc.  
DBA  Southern Auto Parts

**3. Debtor's federal Employer Identification Number (EIN)**  
56-1206088

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 354 West Jones Street<br>Trenton, NC 28585<br>*Number, Street, City, State & ZIP Code* | P.O. Box 10<br>Trenton, NC 28585<br>*P.O. Box, Number, Street, City, State & ZIP Code* |
| Jones<br>*County* | **Location of principal assets, if different from principal place of business**<br><br>*Number, Street, City, State & ZIP Code* |

**5. Debtor's website (URL)**

**6. Type of debtor**  
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify:

Debtor **Southern Auto Parts, Inc.** Case number (*if known*) _____
_____
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor **Southern Auto Parts, Inc.**     Case number (*if known*)
    Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor     Relationship
District     When     Case number, if known

**11. Why is the case filed in *this district*?** *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency
        Contact name
        Phone

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   . *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
■ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 3

Debtor  **Southern Auto Parts, Inc.**  Case number (*if known*)
Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million     ☐ More than $50 billion

| Debtor | Southern Auto Parts, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **January 27, 2025**
MM / DD / YYYY

**X** **/s/ Jared L. Beverage**                                    **Jared L. Beverage**
Signature of authorized representative of debtor           Printed name

Title **President**

**18. Signature of attorney**

**X** **/s/ Joseph Z. Frost**                                    Date **January 27, 2025**
Signature of attorney for debtor                                     MM / DD / YYYY

**Joseph Z. Frost**
Printed name

**BUCKMILLER & FROST, PLLC**
Firm name

**4700 Six Forks Road, Suite 150**
**Raleigh, NC 27609**
Number, Street, City, State & ZIP Code

Contact phone **919-296-5040**          Email address **jfrost@bbflawfirm.com**

**44387 NC**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Southern Auto Parts, Inc.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NORTH CAROLINA** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Amount of claim — Deduction for value of collateral or setoff | Amount of claim — Unsecured claim |
|---|---|---|---|---|---|---|
| **AAP Financial Services** Attn: Manager, Agent, Officer PO Box 742063 Atlanta, GA 30374-2063 | | | | | | **$492,372.25** |
| **Bank of America, NA** Attn: Manager, Agent, Officer PO Box 15483 Atlanta, GA 30348 | | **Jacksonville Inventory** | **Disputed** | **$513,788.39** | **$0.00** | **$513,788.39** |
| **Bank of America, NA** Attn: Manager, Agent, Officer PO Box 15483 Atlanta, GA 30348 | | **Pikeville Inventory** | **Disputed** | **$390,723.07** | **$0.00** | **$390,723.07** |
| **Bank of America, NA** Attn: Manager, Agent, Officer PO Box 15483 Atlanta, GA 30348 | | **Sharpsburg Inventory** | **Disputed** | **$308,545.75** | **$0.00** | **$308,545.75** |
| **Bevco Properties, LLC** Attn: Manager, Agent, Officer 354 West Jones Street Trenton, NC 28585 | | | | | | **$225,752.42** |

Debtor  **Southern Auto Parts, Inc.**  Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Carolina Small Business Fund**<br>**Attn: Manager, Agent, Officer**<br>**3128 Highwoods Blvd Ste 170**<br>**Raleigh, NC 27604** | | **Accounts, Inventory, Furniture, Fixtures, Equipment, General Intangibles and Proceeds** | **Disputed** | $438,831.90 | $0.00 | $438,831.90 |
| **First Arkansas Bank & Trust**<br>**Attn: Manager, Agent, Officer**<br>**PO Box 2360**<br>**Omaha, NE 68103-2360** | | | **Disputed** | | | $25,000.00 |
| **First Citizens Bank & Trust Co**<br>**Attn: Manager, Agent, Officer**<br>**PO Box 25187**<br>**Raleigh, NC 27611-5187** | | **2023 Chevrolet Colorado VIN#1GCPSBEK3P1149084 Mileage: 67,735** | | $33,478.90 | $25,000.00 | $8,478.90 |
| **First Citizens Bank & Trust Co**<br>**Attn: Manager, Agent, Officer**<br>**PO Box 25187**<br>**Raleigh, NC 27611-5187** | | **Line of Credit** | | | | $100,000.00 |
| **First Citizens Bank & Trust Co**<br>**Attn: Manager, Agent, Officer**<br>**PO Box 25187**<br>**Raleigh, NC 27611-5187** | | | | | | $90,400.00 |
| **General Parts Distrib dba CarQuest**<br>**Attn: Manager, Agent, Officer**<br>**PO Box 404875**<br>**Atlanta, GA 30384-4875** | | | | $100,816.74 | $0.00 | $100,816.74 |
| **General Parts Distrib dba CarQuest**<br>**Attn: Manager, Agent, Officer**<br>**PO Box 404875**<br>**Atlanta, GA 30384-4875** | | | | $4,333.64 | $0.00 | $4,333.64 |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 2

| Debtor | Southern Auto Parts, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **General Parts Distrib dba CarQuest** Attn: Manager, Agent, Officer PO Box 404875 Atlanta, GA 30384-4875 | | **Middlesex Location** | | $283,000.00 | $0.00 | $283,000.00 |
| **General Parts Distrib dba CarQuest** Attn: Manager, Agent, Officer PO Box 404875 Atlanta, GA 30384-4875 | | | | $692,344.14 | $0.00 | $692,344.14 |
| **General Parts Distrib dba CarQuest** Attn: Manager, Agent, Officer PO Box 404875 Atlanta, GA 30384-4875 | | **Durham Location** | | $558,625.00 | $0.00 | $558,625.00 |
| **GM Financial** Attn: Manager, Agent, Officer PO Box 1510 Cockeysville, MD 21030 | | **2024 Chevrolet 1500 VIN#3GCUDCE81RG127757 Mileage: 19,676** | | $55,226.50 | $45,000.00 | $10,226.50 |
| **House-Hasson Hardware Company** Attn: Manager, Agent, Officer 3125 Water Plant Rd, Forks of River Knoxville, TN 37914 | | **Inventory and Parts Purchased PMSI** | | $125,000.00 | $0.00 | $125,000.00 |
| **Kubota Credit Corporation, USA** Attn: Manager, Agent, Officer Post Office Box 2046 Grapevine, TX 76099 | | **Loader Scraper** | | $16,460.99 | $0.00 | $16,460.99 |
| **NC Department of Revenue** Office Serv. Div, Bankruptcy Unit P.O. Box 1168 Raleigh, NC 27602-1168 | | **Sales Tax** | | | | $126,513.11 |

Official form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims   page 3

Debtor **Southern Auto Parts, Inc.**  Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **U.S. Small Business Administration Attn: Manager, Agent, Officer 2 North 20th Street, Ste. 320 Birmingham, AL 35203** | | **Blanket Lien - All Personal Property, Equipment, Inventory, and Accounts** | **Disputed** | $456,680.39 | $0.00 | $456,680.39 |

# United States Bankruptcy Court
### Eastern District of North Carolina

In re  **Southern Auto Parts, Inc.**   Case No.
Debtor(s)   Chapter  **11**

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **January 27, 2025**   **/s/ Jared L. Beverage**
**Jared L. Beverage**/**President**
Signer/Title

AAP Financial Services
Attn: Manager, Agent, Officer
PO Box 742063
Atlanta, GA 30374-2063

ABA Rental Properties
Attn: Manager, Agent, Officer
3684 Henderson Drive
Jacksonville, NC 28546

ADT, LLC
Attn: Manager, Agent, Officer
1501 Yamato Road
Boca Raton, FL 33431

Amy Beverage
1209 Ten Mile Fork Road
Trenton, NC 28585

Applied Industrial Technologies
Attn: Manager, Agent, Officer
25210 Network Place
Chicago, IL 60673

Bank of America, NA
Attn: Manager, Agent, Officer
PO Box 15483
Atlanta, GA 30348

Bevco Properties, LLC
Attn: Manager, Agent, Officer
354 West Jones Street
Trenton, NC 28585

Biehl & Biehl, Inc.
Attn: Manager, Agent, Officer
PO Box 87410
Carol Stream, IL 60188

Carolina Small Business Fund
Attn: Manager, Agent, Officer
3128 Highwoods Blvd Ste 170
Raleigh, NC 27604

Charles Perry
161 Wilson Road
Fremont, NC 27830

Charter Communications OperatingLLC
Attn: Manager, Agent, Officer
12405 Powerscourt Drive
Saint Louis, MO 63131

City of Jacksonville
Attn: Manager, Agent, Officer
PO Box 128
Jacksonville, NC 28541

Clayton Brooks
1214 Gilbert Streeet
Durham, NC 27701

Dalandia Paylor
7613 Jock Road
Bahama, NC 27503

Daniel Aiken
12814 Roxboro Road
Rougemont, NC 27572

Darrell Parker
2225 Blue Creek Road
Jacksonville, NC 28540

Donnie Jackson
5157 Pleasant Road
Rocky Mount, NC 27801

Durham County Tax Collector
Attn: Manager, Agent, Officer
201 E. Main St, 3rd FL
Durham, NC 27701

Dutchie King
253 King Road
Jacksonville, NC 28540

Edgecombe County Tax Collector
Attn: Manager, Agent, Officer
201 St. Andrew St, Ste 154
Tarboro, NC 27886

Erica Andrews
148 Rhonda Lane
Tarboro, NC 27886

First Arkansas Bank & Trust
Attn: Manager, Agent, Officer
PO Box 2360
Omaha, NE 68103-2360

First Citizens Bank & Trust Co
Attn: Manager, Agent, Officer
PO Box 25187
Raleigh, NC 27611-5187

First National Bank of Pennsylvani
Attn: Manager, Agent, Officer
4140 E. State Street
Hermitage, PA 16148

First National Bank Pennsylvania
Attn: Manager, Agent, Officer
4140 E. State Street
Hermitage, PA 16148

General Parts Distrib dba CarQuest
Attn: Manager, Agent, Officer
PO Box 404875
Atlanta, GA 30384-4875

Ginger Altimore
597 Cedar Creek Drive
Wendell, NC 27591

GM Financial
Attn: Manager, Agent, Officer
PO Box 1510
Cockeysville, MD 21030

Herring Investments, Inc.
Attn: Manager, Agent, Officer
493 Old Smithfield Road
Goldsboro, NC 27530

House-Hasson Hardware Company
Attn: Manager, Agent, Officer
3125 Water Plant Rd, Forks of Riv
Knoxville, TN 37914

Internal Revenue Service
Attn: Manager, Agent, Officer
PO Box 7346
Philadelphia, PA 19101-7346

Jared L. Beverage
1209 Ten Mile Fork Road
Trenton, NC 28585

Jared Scott
1152 Spann Road
Trenton, NC 28585

Jerry Lewis
771 Faro Road
Fremont, NC 27830

JFCO Properties, LLC
Attn: Jay Fogelman
4005 Intermere Road
Durham, NC 27704

John Mallete
1413 Davis Street
Jacksonville, NC 28540

Jones County Tax Collector
Attn: Manager, Agent, Officer
418 Hwy 58 N, Unit E
Trenton, NC 28585

Kenneth Ferguson
2921 Highway 58
Trenton, NC 28585

Kubota Credit Corporation, USA
Attn: Manager, Agent, Officer
Post Office Box 2046
Grapevine, TX 76099

Kyle Cordeiro
480 Savannah Road
Seven Springs, NC 28578

Leondre Jones
6316 Amhurst Rd
Durham, NC 27713

Luke Barnette
1096 Old Mill Road
Stantonsburg, NC 27883

Mario Butler
6316 Amhurst Road
Durham, NC 27713

Michael Churilla
697 Five Mile Road
Richlands, NC 28574

Nash County Tax Collector
Attn: Manager, Agent, Officer
120 W. Washington St. Ste 2058
Nashville, NC 27856

NC Department of Labor
Attn: Luke Farley, Labor Commission
1101 Mail Service Center
Raleigh, NC 27699-1101

NC Department of Revenue
Office Serv. Div, Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168

Onslow County Tax Collector
Attn: Manager, Agent, Officer
234 NW Corridor Blvd
Jacksonville, NC 28540

Page & Smith, PA
Attn: Manager, Agent or Officer
2713 West Vernon Ave
Kinston, NC 28504

Paul Harris
4412 Holder Road
Durham, NC 27703

Paykin Beverage
1209 Ten Mile Road
Trenton, NC 28585

Robert Banks
179 Banks Extension Road
Trenton, NC 28585

Robert Collins
3217 Linda Way
Rocky Mount, NC 27804

Robert Stilley
2190 Belgrade Swansboro Rd
Maysville, NC 28555

| | | |
|---|---|---|
| Russell Bruce<br>141 Imperial Lane<br>Jacksonville, NC 28540 | Sammy Andrews<br>148 Rhonda Lane<br>Tarboro, NC 27886 | Shaun Heim<br>526 Ginn Street<br>Jacksonville, NC 28540 |
| T Force Freight, Inc.<br>Attn: Manager, Agent, Officer<br>PO Box 1216<br>Richmond, VA 23218 | Thomas Brubaker<br>403 Bunning Drive<br>Goldsboro, NC 27530 | Thomas Gaskins<br>5405 Cedar Tree Lane<br>Emerald Isle, NC 28594 |
| Town of Middlesex<br>Attn: Manager, Agent, Officer<br>PO Box 69<br>Middlesex, NC 27557 | Town of Pikeville<br>Attn: Manager, Agent, Officer<br>PO Box 9<br>Pikeville, NC 27863 | Town of Sharpsburg<br>Attn: Manager, Agent, Officer<br>PO Box 1759<br>Sharpsburg, NC 27878 |
| Tracy Russell<br>1437 Lanvale Road<br>Leland, NC 28451 | U.S. Department of Labor<br>Attn: Manager, Agent, Officer<br>4407 Bland Road, Ste 260<br>Raleigh, NC 27609 | U.S. Small Business Administration<br>Attn: Manager, Agent, Officer<br>2 North 20th Street, Ste. 320<br>Birmingham, AL 35203 |
| Wayne County Tax Collector<br>Attn: Manager, Agent, Officer<br>224 E. Walnut Street<br>Goldsboro, NC 27530 | | |

# United States Bankruptcy Court
## Eastern District of North Carolina

In re  **Southern Auto Parts, Inc.**  
Debtor(s)

Case No.  
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Southern Auto Parts, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**January 27, 2025**  
Date

**/s/ Joseph Z. Frost**  
**Joseph Z. Frost**  
Signature of Attorney or Litigant  
Counsel for **Southern Auto Parts, Inc.**  
BUCKMILLER & FROST, PLLC  
4700 Six Forks Road, Suite 150  
Raleigh, NC 27609  
919-296-5040 Fax:919-890-0356  
jfrost@bbflawfirm.com